Ernest HAYES, Appellant,

v.

J. Wayne ALLGOOD, Warden, Louisiana State Penitentiary, Appellee.

No. 23836.

United States Court of Appeals Fifth Circuit.

March 2, 1967.

Ernest Hayes, pro se.

Teddy W. Airhart, Jr., Asst. Atty. Gen., Baton Rouge, La., Jack P. F. Gremillion, Atty. Gen., State of Louisiana, for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and BREWSTER, District Judge.

PER CURIAM:

The judgment is affirmed. See State ex rel. Blouin v. Walker, 244 La. 699, 154 So.2d 368, cert. denied 375 U.S. 988, 84 S.Ct. 521, 11 L.Ed.2d 474. On alleged failure to appoint counsel in revocation proceedings, see Bennett v. United States, 8 Cir., 158 F.2d 412, cert. denied 331 U.S. 822, 67 S.Ct. 1302, 91 L.Ed. 1838; Gillespie v. Hunter, 10 Cir., 159 F.2d 410.

Donald Jack WARREN, Appellant,

v.

Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.

No. 23785.

United States Court of Appeals Fifth Circuit.

March 2, 1967.

Donald Jack Warren, pro se.

Allo B. Crow, Jr., Asst. Atty. Gen., Austin, Tex., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and BREWSTER, District Judge.

PER CURIAM:

The judgment is

Affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

The WESTON AND BROOKER COMPANY, Respondent.

No. 10835.

United States Court of Appeals Fourth Circuit.

Argued Feb. 10, 1967.

Decided Feb. 28, 1967.

Richard Adelman, Atty., N.L.R.B. (Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, and Gary Green, Atty., N.L.R.B., on brief), for petitioner.

Wm. H. Smith, Jr., Columbia, S. C. (Ellison D. Smith, Jr., Columbia, S. C., on brief), for respondent.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

We find adequate support in the record for the findings and conclusions of the Board as set forth in its Decision and Order, 154 N.L.R.B. No. 58.

Enforcement granted.